B. Lance Entrekin, Esq. (#016172)
**THE ENTREKIN LAW FIRM**
3101 North Central Avenue, #740
Phoenix, Arizona 85012
Telephone: 602.954.1123
Email: lance@entrekinlaw.com

Bradley J. Bondi (*Pro Hac Vice*)
Traci Zeller (*Pro Hac Vice*)
Michael D. Wheatley (*Pro Hac Vice*)
Sara Ortiz (*Pro Hac Vice*)
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Telephone:  202.551.1700
Email: bradbondi@paulhastings.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Trevor Milton,<br><br>    Plaintiff,<br><br>v.<br><br>Nikola Corporation; Britton Worthen; Kim J. Brady; Mark A. Russell; and Stephen J. Girsky,<br><br>    Defendants. | Case No: 2:24-cv-01359<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Trevor Milton hereby dismisses this action against Defendants Nikola Corporation, Britton Worthen, Kim J. Brady, Mark A. Russell, and Stephen J. Girsky ("Defendants") with prejudice.  According to Rule 41(a)(1), an action may be dismissed by the Plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an Answer.

Defendants have not yet answered the Amended Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendants with prejudice pursuant to Rule 41(a)(1).

SIGNED THIS 24th DAY OF JULY, 2024

By: <u>B. Lance Entrekin</u>
B. Lance Entrekin, Esq.
**The Entrekin Law Firm**
3101 North Central Avenue, #740
Phoenix, Arizona 85012
602.954.1123
lance@entrekinlaw.com

<u>/s/ Bradley J. Bondi</u>
Bradley J. Bondi (*Pro Hac Forthcoming*)
Traci Zeller (*Pro Hac Forthcoming*)
Michael D. Wheatley (*Pro Hac Forthcoming*)
**Paul Hastings LLP**
2050 M Street NW
Washington, DC 20036
Telephone: 202.551.1700
bradbondi@paulhastings.com
tracizeller@paulhastings.com
michaelwheatley@paulhastings.com

Sara Ortiz (*Pro Hac Forthcoming*)
**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
Telephone: 212.318.6000
saraortiz@paulhastings.com

**CERTIFICATE OF FILING**

I hereby certify that on July 24, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

By: <u>B. Lance Entrekin</u>
B. Lance Entrekin, Esq.
**The Entrekin Law Firm**
3101 North Central Avenue, #740
Phoenix, Arizona 85012
lance@entrekinlaw.com
